IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GABRIEL R. GOESON**                                                                                          **PETITIONER**

V.                                      No. 3:22-cv-00260 DPM/PSH

**DOES**                                                                                                            **RESPONDENTS**

### ORDER

Petitioner Gabriel R. Goeson ("Goeson") has filed a petition styled as a writ for habeas corpus, but he has not file a Court approved application for leave to proceed *in forma pauperis*.

IT IS THEREFORE ORDERED THAT Goeson must submit either the $5.00 filing fee, or a properly completed *in forma pauperis* application, no later than thirty (30) days after the entry date of this order. Goeson's failure to comply with this order will result in the recommended dismissal of this action without prejudice.[1] Goeson is also notified that he must provide the Court with the name of

---

[1] Goeson is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be

the person who has custody over him. This is the proper respondent in a federal habeas corpus case.

The Clerk is hereby directed to immediately forward an *in forma pauperis* application to Goeson.

DATED this 11th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

---

dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.