## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

GABRIEL R.  GOESON                                                    PETITIONER

V.                          No.  3:22-cv-00260 DPM/PSH

DOES                                                                RESPONDENTS

### ORDER

Petitioner Gabriel R. Goeson ("Goeson") has filed a petition styled as a writ for habeas corpus. In this petition, he purports to renounce his citizenship, and requests that the appropriate entity retrieve him from his place of detention, the Greene County Detention Center.

Goeson also filed a motion to change venue.  This motion (docket entry no. 2) is denied.  Goeson is in the custody of Greene County, Arkansas, located in the Eastern District of Arkansas.  As a result, a habeas corpus petition is appropriately filed with this Court.  *See* 28 U.S.C. § 2241(d).  He demonstrates no basis for changing venue.

IT IS SO ORDERED this 18th day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE