IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GABRIEL R. GOESON                                                   PETITIONER

No 3:22-cv-00260 DPM/PSH

DOES                                                                RESPONDENTS

### FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D.P. Marshall Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Petitioner Gabriel R. Goeson ("Goeson") filed his petition for writ of habeas corpus on September 29, 2022. On October 11, the Court ordered him to either submit the $5.00 filing fee or a properly completed in forma pauperis application. On that same date, the Court Clerk forwarded an in forma pauperis application to

Goeson.  Docket entry no. 3.  Goeson was notified that failure to comply with the October 11 Order would result in a recommendation that the case be dismissed without prejudice.  Docket entry no. 3.

Goeson has not responded to the Court's Order, paid the filing fee, or submitted an in forma pauperis application.  Under these circumstances, the Court concludes that Goeson's petition should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

Therefore, the Court recommends that Goeson's petition for writ of habeas corpus be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which petitioner has made a substantial showing of a denial of a

constitutional right. Thus, the Court recommends the certificate of appealability be denied.

    IT IS SO ORDERED this 1st day of December, 2022.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE