IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GABRIEL R. GOESON                                                        PETITIONER
#32177

v.                              No. 3:22-cv-260-DPM

DOES                                                                      DEFENDANTS

ORDER

The Court adopts Magistrate Judge Harris's unopposed recommendation, *Doc. 5*. FED. R. CIV. P. 72(b)(3). Goeson's petition will be dismissed without prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)-(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 January 2023