# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GABRIEL R. GOESON**                                                      **PETITIONER**
**#32177**

v.                          No. 3:22-cv-260-DPM

**DOES**                                                                 **DEFENDANTS**

## JUDGMENT

Goeson's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 January 2023